**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYMOND SATTERFIELD, AND
OTHERS SIMILARLY SITUATED,

          **Plaintiffs,**

-vs-                                        Case No. 6:09-cv-1827-Orl-28DAB

CFI SALES & MARKETING, INC.,
CENTRAL FLORIDA INVESTMENTS,
INC., WESTGATE RESORTS, INC.,

          **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement [For Six Plaintiffs] (Doc. No. 108) filed April 19, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to this Court's Report and Recommendation (Doc. No. 114), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 22, 2011 (Doc. No. 112) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement as to Plaintiffs Asonta Baker, Carolina Forero, Daniel Forero, Veronica Maurovich, Dennis Pranouskes, and James Usher is **GRANTED.** The settlements of these Plaintiffs for unpaid wages and liquidated damages

are accepted as fair and reasonable resolutions of bona fide disputes under the Fair Labor Standard Act.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __3rd__ day of May, 2011.

Copies furnished to:

JOHN ANTOON II
United States District Judge

United States Magistrate Judge
Counsel of Record
Unrepresented Party