# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND SATTERFIELD, AND
OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                          **Case No.  6:09-cv-1827-Orl-28DAB**

**CFI SALES & MARKETING, INC.,
CENTRAL FLORIDA INVESTMENTS,
INC., WESTGATE RESORTS, INC.,**

        **Defendants.**

_____

## ORDER

This case is before the Court on Defendants' Motion for Sanctions Against Certain Named Plaintiffs Who Failed to Appear at Mediation (Doc. No. 90) filed March 10, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 3, 2011 (Doc. No. 118) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendants' Motion for Sanctions Against Certain Named Plaintiffs Who Failed to Appear at Mediation (Doc. No. 90) is **GRANTED in part** and **DENIED in part.**  The Motion

is denied as to Plaintiffs' Jorge Pereira and Andrew Sugrim.  It is granted as to Plaintiff Roberto Santana.  The claims of Plaintiff Roberto Santana are **DISMISSED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party