**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND SATTERFIELD, AND**
**OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                      **Case No. 6:09-cv-1827-Orl-28DAB**

**CFI SALES & MARKETING, INC.,**
**CENTRAL FLORIDA INVESTMENTS,**
**INC., WESTGATE RESORTS, INC.,**

        **Defendants.**
_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 124)**
>
> **FILED:**    May 10, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**. *See* Doc. 130.

    It is **respectfully RECOMMENDED** that Plaintiffs Asonta Baker, Carolina Forero, Daniel Forero, Veronica Maurovich, Dennis Pranouskes and James Usher be awarded $9,095.05 in attorney's fees and $904.95 in costs pursuant to the parties' stipulation. Doc. 130. These Plaintiffs previously settled their wage claims, separate and apart from the attorney's fees issue. Doc. 117.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2011.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties