**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND SATTERFIELD, AND**
**OTHERS SIMILARLY SITUATED,**

           **Plaintiffs,**

**-vs-**                            **Case No. 6:09-cv-1827-Orl-28DAB**

**CFI SALES & MARKETING, INC.,**
**CENTRAL FLORIDA INVESTMENTS,**
**INC., WESTGATE RESORTS, INC.,**

           **Defendants.**
_____

# ORDER

This case is before the Court on a Report and Recommendation (Doc. 132) submitted by United States Magistrate Judge Baker recommending that Plaintiffs Asonta Baker, Carolina Forero, Daniel Forero, Veronica Maurovich, Dennis Pranouskes, and James Usher be awarded $9,095.05 in attorney's fees and $904.95 in costs pursuant to the parties' stipulation (Doc. 130).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 25, 2011 (Doc. 132) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiffs Asonta Baker, Carolina Forero, Daniel Forero, Veronica Maurovich, Dennis Pranouskes, and James Usher are awarded $9,095.05 in attorney's fees and $904.95 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___16th___ day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge