**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAYMOND SATTERFIELD, AND
OTHERS SIMILARLY SITUATED,

        **Plaintiffs,**

-vs-                                                   Case No. 6:09-cv-1827-Orl-28DAB

CFI SALES & MARKETING, INC.,
CENTRAL FLORIDA INVESTMENTS,
INC., WESTGATE RESORTS, INC.,

        **Defendants.**

_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 133) filed June 14, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 28, 2011 (Doc. No. 136) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement as to the claims between Plaintiff Vincente Orellano and Defendants CFI Sales & Marketing, Inc., Central Florida Investments,

Inc., and Westgate Resorts, Inc. is **GRANTED.** The settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. The claims between Plaintiff Vincente Orellano and Defendants CFI Sales & Marketing, Inc., Central Florida Investments, Inc., and Westgate Resorts, Inc. only are dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___26th___ day of July, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge