**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND SATTERFIELD, AND**
**OTHERS SIMILARLY SITUATED,**

          **Plaintiffs,**

**-vs-**     Case No.  6:09-cv-1827-Orl-28DAB

**CFI SALES & MARKETING, INC.,**
**CENTRAL FLORIDA INVESTMENTS,**
**INC., WESTGATE RESORTS, INC.,**

          **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice Involving Graciela Everest, Andrew Sugrim, Johana Cardile, and Jorge Pereira (Doc. No. 164) filed October 10, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 20, 2011 (Doc. No. 166) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice Involving Graciela Everest, Andrew Sugrim, Johana Cardile, and Jorge Pereira (Doc. No. 164) is **GRANTED**.

3. The Court finds that the settlement of the claims of Plaintiffs Graciela Everest, Andrew Sugrim, Johana Cardile, and Jorge Pereira are fair and reasonable resolutions of bona fide disputes over Fair Labor Standard Act provisions.

4. The claims between Plaintiffs Graciela Everest, Andrew Sugrim, Johana Cardile, and Jorge Pereira and Defendants only are dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge