# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAYMOND SATTERFIELD, AND
OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

**-vs-**                                                              **Case No. 6:09-cv-1827-Orl-28DAB**

**CFI SALES & MARKETING, INC.,
CENTRAL FLORIDA INVESTMENTS,
INC., WESTGATE RESORTS, INC.,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration following a settlement conference before the undersigned on March 9, 2012. The remaining Plaintiffs/Opt-In Plaintiffs reached a settlement agreement. As reflected in the Court's approval at the conclusion of the settlement conference, the resolution of the claims is fair to the Plaintiffs. Accordingly, it is respectfully **RECOMMENDED** that the District Judge approve the dismissal, direct closure of the file, and allow Plaintiffs 14 days to submit their claim for fees (to include proper certification under Local Rule 3.01 (g)).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 17, 2012.

                                                  *David A. Baker*

                                            DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy