**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAYMOND SATTERFIELD, AND**
**OTHERS SIMILARLY SITUATED,**

           **Plaintiffs,**

**-vs-**                                                                                     **Case No.  6:09-cv-1827-Orl-28DAB**

**CFI SALES & MARKETING, INC.,**
**CENTRAL FLORIDA INVESTMENTS,**
**INC., WESTGATE RESORTS, INC.,**

           **Defendants.**
_____

# ORDER

This case is before the Court on a Report and Recommendation regarding settlement of this Fair Labor Standard Act case.  The United States Magistrate Judge recommends that the settlement be approved and the file closed.

After an independent *de novo* review of the record in this matter, and consideration of the Non-Objections to the Report and Recommendation (Doc. Nos. 208, 209), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 17, 2012 (Doc. No. 207) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement agreement reached at the settlement conference on March 9, 2012 is **APPROVED**.

3. This case is dismissed with prejudice.

  4.  The Clerk of the Court is directed to close this file.

  5.  Plaintiffs are granted leave to file their claim for fees within fourteen (14) days from the date of this Order.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10th___ day of May, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge