# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RAYMOND SATTERFIELD, AND
OTHERS SIMILARLY SITUATED,

           Plaintiffs,

-vs-                                            Case No. 6:09-cv-1827-Orl-28DAB

CFI SALES & MARKETING, INC.,
CENTRAL FLORIDA INVESTMENTS,
INC., WESTGATE RESORTS, INC.,

           Defendants.

## ORDER

This case is before the Court on two Motions for Attorney's Fees and Costs (Doc. Nos. 216 and 218)[1] filed June 7, 2012. The United States Magistrate Judge has submitted a report recommending that the motions be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of both Plaintiffs' and Defendants' objections to the Report and Recommendation (Doc. Nos, 238, 243, 244, 245, and 246), Plaintiffs' Objection (Doc. No. 238) is **SUSTAINED** and Defendants' Objections (Doc. No. 243) are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation, with the

---

[1] One motion (Doc. No. 218) is from counsel that represented certain Plaintiffs until March 16, 2011; the second motion (Doc. No. 216) is from counsel that has represented the same Plaintiffs from March 31, 2011 to the present.

slight correction of the math as listed in Plaintiffs' Objection.[2] Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 18, 2012 (Doc. No. 235) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motions for Attorneys' Fees and Costs (Doc. Nos. 216 and 218) are **GRANTED in part.**

3. Plaintiffs are awarded attorneys' fees of $139,560.00 and costs of $16,767.12, for a total of $156,327.12.

4. The Clerk of the Court is directed to enter judgment in accordance with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___5___ day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

[2] Defendants "do not object to" the "mathematical calculations" in Plaintiffs' Objection, but rather to the entitlement of same. (Doc. No. 244).